UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND LEO JARLIK BELL, | CASE NO. C11-5768RBL |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

THIS MATTER comes on before the above-entitled court upon a Petition and Amended Petition challenging the jurisdiction of this Court. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Raymond Leo Jarlik Bell is currently charged by Indictment with three counts of violating 18 U.S.C. § 287 and 2 for filing false, ficticious and fraudulent claims for refunds of taxes. *See* CR11-5407RBL. He is represented by counsel. On or about September 22, 2011, a person who is not an attorney attempted to file a petition on his behalf challenging the subject matter jurisdiction of this Court over the criminal case. Mr. Bell did not sign the petition nor is it clear that he is aware that the petition was filed.

Non-lawyers may not purport to act on someone else's behalf. Furthermore, a person represented by counsel cannot appear or act in his own behalf. *See* GR 2(g)(1), Local Rules of W.D. Wash. Therefore, the Petition and Amended Petition are hereby **DISMISSED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 5th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE