# United States District Court

WESTERN DISTRICT OF WASHINGTON

RAYMOND LEO JARLIK BELL

      v.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C11-5768RBL

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition and Amended Petition are hereby **DISMISSED.**


| October 7, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |