# United States District Court

WESTERN DISTRICT OF WASHINGTON

RAYMOND LEO JARLIK BELL

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA

CASE NUMBER: C11-5768RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition and Amended Petition are hereby **DISMISSED.**


   October 7, 2011                                              WILLIAM M. McCOOL
Date                                                                 Clerk

                                                                *s/CM Gonzalez*
                                                                Deputy Clerk